UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION<br><br>TIMOTHY L. BRUNGARD,<br><br>    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | Case No.: 3:16-md-02691-RS<br>MDL No. 2691<br><br>Case No:<br><br>**Master Short Form Complaint** |

Plaintiff, TIMOTHY L. BRUNGARD, incorporates by reference the Plaintiffs' Master Long Form Complaint(s) filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*. Plaintiff further shows the court as follows:

1. Defendant(s) against whom Complaint is made:

    a.  _X_  Eli Lilly and Company

    b.  ___  Pfizer Inc.

    c.  ___  Other (specify Defendant) _____

2. Plaintiff's Full Name:

    a.  ___Timothy L. Brungard_____

3. Name of the party or deceased who ingested Viagra/Revatio (sildenafil citrate) (hereinafter "Viagra") and/or Cialis/Adcirca (tadalafil) (hereinafter "Cialis") and suffered injury, if different than Plaintiff:

    a.  ___N/A_____

4. Name of additional or other Plaintiff, including loss of consortium Plaintiff(s) (i.e. administrator, executor, guardian, conservator):
   a.   N/A

5. Plaintiff's current city and state of residence:
   a.   Fountain Hills, Arizona

6. District Court in which venue would be proper absent direct filing:
   a.   District of Arizona

7. City and state of Plaintiff or Decedent when he/she was diagnosed with melanoma:
   a.   Fountain Hills, Arizona

8. Approximate dates that the Plaintiff or Decedent ingested Viagra (if applicable):
   a.   Start date:   N/A
   b.   Stop date:   N/A

9. Approximate dates that the Plaintiff or decedent ingested Cialis (if applicable):
   a.   Start date:   01/11/2015
   b.   Stop date:   04/20/2016

10. Date(s) that Plaintiff was diagnosed with melanoma which he/she alleges was caused by Viagra and/or Cialis:
    a.   06/23/2017

11. Date of death of Decedent, if applicable:
    a.   N/A

12. Master Complaint Adopted (check one or both):
    a.   ___ Pfizer Master Complaint
    b.   _X_ Eli Lilly Master Complaint

13. Counts in the Master Complaint(s) brought by Plaintiff(s):
    a.   Count 1 (Negligence):   X
    b.   Count 2 (Gross Negligence):   X
    c.   Count 3 (Negligence Per Se):   X

d. Count 4 (Unfair and Deceptive Trade Practices: Unfairness) __X__

e. Count 5 (Unfair and Deceptive Trade Practices: Fraud) __X__

f. Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness) __X__

g. Count 7 (Strict Liability – Defective Design): __X__

h. Count 8 (Strict Liability – Failure to Warn): __X__

i. Count 9 (Failure to Test): __X__

j. Count 10 (Breach of Express Warranty): __X__

k. Count 11 (Breach of Implied Warranty): __X__

l. Count 12 (Fraudulent Misrepresentation and Concealment): __X__

m. Count 13 (Negligent Misrepresentation and Concealment): __X__

n. Count 14 (Fraud and Deceit): __X__

o. Count 15 (Willful, Wanton, and Malicious Conduct): __X__

p. Count 16 (Unjust Enrichment): __X__

q. Count 17 (Loss of Consortium): _____

r. Count 18 (Survival): _____

s. Count 19 (Wrongful Death): _____

t. Count 20 (Punitive Damages): __X__

u. Other: _____

14. Jury Demand

a. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial by jury as to all claims in this action: Yes _X_ No ___

Dated this the 29th day of May, 2019.

Respectfully submitted on behalf of the Plaintiff,

_____
Jennifer Liakos (CA SBN 207487)
Hunter J. Shkolnik (*Pro Hac Vice Pending*)
Napoli Shkolnik PLLC
(310) 331-8224 (Phone)
(646) 843-7603 (Facsimile)
Email: jliakos@NapoliLaw.com
Email: hshkolnik@NapoliLaw.com